No. 72–439.  ALEXANDER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–440.  SAEZ *v.* GOSLEE ET AL.  C. A. 1st Cir. Certiorari denied.

No. 72–443.  CAMPO CORP. ET AL. *v.* SUPREME JUDICIAL COURT OF MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 72–445.  DUQUESNE BREWING COMPANY OF PITTSBURGH *v.* CONNOR ET AL.  Sup. Ct. Pa.  Certiorari denied.

No. 42–447.  HUTTER ET UX. *v.* CITY OF CHICAGO. Sup. Ct. Ill.  Certiorari denied.

No. 72–449.  CAPITOL TILE & MARBLE, INC., ET AL. *v.* DEESE.  C. A. D. C. Cir.  Certiorari denied.

No. 72–450.  BELLINGHAM STEVEDORING Co. *v.* DAMPSKIBSAKTIESELSKABET ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 72–454.  ESTATE OF HEDRICK *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 72–458.  HOSPITAL TELEVISION, INC. *v.* WELLS TELEVISION, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 72–460.  GARRISON *v.* SHAW.  C. A. 5th Cir. Certiorari denied.

No. 72–5020.  GAY *v.* LICENSE BRANCH, REAL ESTATE COMMISSION OF THE DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 72–5132.  REDMAN *v.* CONBOY, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.